In the Matter of the Claim of MAX GREENSTEIN, Respondent, against MOE KASTONOWITZ and JACK KASTONOWITZ, Doing Business under the Name of MOE KASTONOWITZ, Respondents, and THE ÆTNA CASUALTY & SURETY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.